FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYES HERNANDEZ, | No. 1:22-cv-03173-MKD |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| CAVALRY PORTFOLIO SERVICES, LLC., | |
| Defendant. | |

Plaintiff may voluntarily dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(ii), because Defendant has not yet filed an answer or a motion for summary judgment. Generally, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, however, Plaintiff's notice seeks dismissal with prejudice. *See* ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED**:

1. This action shall be **DISMISSED with prejudice.**

2. Any pending motions are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

ORDER - 1

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED December 12, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2